GROSS, Appellant, v. EGAN, Respondent. (Supreme Court, Appellate Division, First Department. February 25, 1901.) Action by Jerome Gross against Michael J. Egan. M. Monfried, for appellant. M. J. Egan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GROSS, Respondent, v. SCHOELLKOPF et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 22, 1901.) Action by Charles Gross against Jacob F. Schoellkopf and another. No opinion. Judgment and order affirmed, with costs.

GUARANTY TRUST CO. OF NEW YORK, Appellant, v. ARNOLD, Respondent. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Action by the Guaranty Trust Company of New York, as guardian, etc., of Edward William Cameron Arnold, against Edward William Cameron Arnold.

PER CURIAM. Irrespective of the question of jurisdiction, we think this case was properly disposed of in the court below. The respondent in his brief joins in the application of the appellant for a reversal. We think, therefore, under the circumstances, that the appeal should be dismissed, without costs to either party.

In re HAINES (PERRY, Appellant). (Supreme Court, Appellate Division, Fourth Department. January 22, 1901.) In the matter of the application of Cornelius L. Haines to enforce a lien against the canal boat Robert W. Parsons (Clara Perry, owner).

PER CURIAM. Order affirmed, with costs, on opinion of ADAMS, P. J., in same case, reported in 52 App. Div. 550, 65 N. Y. Supp. 350. All concur, except WILLIAMS and LAUGHLIN, JJ., who dissent upon the grounds stated in opinion of WILLIAMS, J., upon former appeal.

In re HAKES' ESTATE. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) In the matter of the judicial settlement of the estate of Jeremiah S. Hakes, deceased. No opinion. Decree, so far as appealed from, unanimously affirmed, with costs.

HAMILTON BANK OF NEW YORK v. ALDHOUS et al. (Supreme Court, Appellate Division, First Department. January 25, 1901.) Action by the Hamilton Bank of New York against Frederick Aldhous and others. No opinion. Motion granted, with $10 costs.

HARRIS, Respondent, v. BRADLEY et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 24, 1901.) Action by Melville A. Harris, suing on behalf of himself and other stockholders of the American Spirits Manufacturing Company, similarly situated, who may come in and contribute to the expenses of this action, against Edson Bradley and others. No opinion. Motion denied, with $10 costs and disbursements. See 66 N. Y. Supp. 243, 847.

HARRIS, Appellant, v. HYDE et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Action by George Harris against Richard Hyde and Louis H. Behman, composing the firm of Hyde & Behman. No opinion. Order affirmed, with $10 costs and disbursements.

HARRIS, Respondent, v. NEW AMSTERDAM GAS CO., Appellant. (Supreme Court, Appellate Division, First Department. February 25, 1901.) Action by Rosie Harris, by guardian, against the New Amsterdam Gas Company. H. S. Marshall, for appellant. H. C. Smyth, for respondent. No opinion. Judgment and order affirmed, with costs.

HART v. PHILLIPS. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by Joseph D. Hart against Samuel A. Phillips. No opinion. Motion granted, with $10 costs.

HASBROUCK, Appellant, v. FOLLETT, Respondent. (Supreme Court, Appellate Division, Second Department. January 31, 1901.) Action by Howard Hasbrouck, as trustee, etc., of Francis S. Davenport, against Emily M. Follett, as trustee, etc., of Ann Henderson, deceased. No opinion. Interlocutory judgment affirmed, with costs.

In re HATCH. (Supreme Court, Appellate Division, Fourth Department. January 8, 1901.) Action in the matter of the probate of the last will and testament of Elam A. Hatch, deceased.

PER CURIAM. Decree of surrogate's court reversed upon questions of fact, with costs to appellant to abide event, payable out of the estate, and issues as settled and filed ordered to be tried before a jury in the supreme court of Monroe county. Appeal from order dismissed, without costs.

HAUPTMAN, Respondent, v. HAUPTMAN, Appellant. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by Johanna Hauptman against William Hauptman. E. H. Moeran, for appellant. G. D. Lamb, for respondent. No opinion. Order modified, by reducing allowance for alimony to $20 per week and for counsel fee to $100, and, as modified, affirmed, without costs.

HEKTOGRAPH MFG. CO., Appellant, v. KNUBEL, Respondent (two cases). (City Court of New York, General Term. February 28, 1901.) Actions by the Hektograph Manufacturing Company against Herman Knubel. From an order and judgment for defendant in each action, plaintiff appeals. Affirmed. Samuel H. Randall, for appellant. Paskusz & Cohen, for respondent.

PER CURIAM. Judgments and orders appealed from affirmed, with costs.